# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-412

_____

TERRY HAMILTON,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

October 17, 2019

PER CURIAM.

The petition for writ of habeas corpus is dismissed as unauthorized. *See Baker v. State,* 878 So. 2d 1236 (Fla. 2004).

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Terry Hamilton, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.